IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Benjamin F. Miles IV
_____
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Judge LEE COFFEE, A.D.A.G, MEGHAN FOWLER,
Correctional officer (c/o) Burns, Pree, ROGERS,
WHITE, Jones and Sargent CLEAVES of the Shelby county criminal Justic center
(Enter above the full name of the defendant
or defendants in this action.)


COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
A.   Have you begun other lawsuits in state or federal court dealing with the same facts
     involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of paper, using
     the same outline.)

     1.   Parties to this previous lawsuit
     Plaintiffs:   Benjamin Miles
     _____

     Defendants:   Lt. A. Connolly, C/o Kimberly White, c/o TAHLIAH BARKER
     _____

     2.   Court (if federal court, name the district; if state court, name the county):
          U.S. STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE W.D.
     3.   Docket Number:   19-2241-JDT-cgc
     4.   Name of judge to whom case was assigned:   JAMES D. Todd
     5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still
          pending?)   Still Pending
     6.   Approximate date of filing lawsuit:   April 17, 2019
     7.   Approximate date of disposition:   ⊖

Revised 4/18/08

II.  Place of Present Confinement: Shelby County Criminal Justice Center

A. Is there a prisoner grievance procedure in the institution?

Yes (✓)  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓)  No ()

C. If your answer is Yes:
   1. What steps did you take? Filed grievances pertaining Abuse And Misuse of Detention Process. Grievance # 6-479615 & 485579
   2. What was the result? # 479615 was Grievable 485518 was Filed Not

D. If your answer is No, explain why not: _____

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Benjamin F. Miles IV

Address  201 Poplar Ave Memphis, TN 38103

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant  Lee Coffee  is employed as  Judge  at SHELBY COUNTY 30th Judicial District in TENNESSEE

C. Additional Defendants: Meghan Fowler (A.D.A.G of Shelby County 30th Judicial District in TENNESSE) Burns, Pree, Rogers, White, Jones (Correctional Officers of Shelby County Criminal Justice Center)

IV.  Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Statement of Claim is Accompanied with this Form on other Paper

Revised 4/18/08

V.    Relief
      <u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments.
      Cite no cases or statutes.    Relief is Accompanied this
      Form on Another PAPER

VI.   Jury Demand
      I would like to have my case tried by a jury. Yes ( ) No (✓).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our
information, knowledge, and belief.

            Signed this  5th  day of  November            , 20  19  .


                                    _Burg Mne_

                                    _____
                                    (Signature of Plaintiff/Plaintiffs)


Revised 4/18/08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE (MEMPHIS)
WESTERN DIVISION

---

Benjamin F. Miles IV (Petitioner)

v.

Judge Lee Coffee, A.D.A.G. Meghan Fowler, Correctional Officer (C/O) J. Burns, C/O. Pree, C/O, Rogers, C/O. White, C/O Jones, C/O Sgt. Clemens of The Shelby County Criminal Justice Center (Defendants)

---

Pro Se Complaint For Civil Rights Violation   42 U.S.C. §1983

---

Comes Now Benjamin F. Miles IV (Petitioner) Through Pro Se Litigant In pursuant to 42 U.S.C. §1983, U.S.C. Const. Amend. 6, 8, 14 Would Move This Honorable Court To Judge And Determine This complaint of Petitioner In The Outcome Of The Monetary sums Mentioned In The Following And Any other Remedy or Relief The Petitioner Of This Complaint is Entitled To, Under The Tort-Claims Act

Mr. Benjamin Miles (PlaintFF) Alleges THAT HE is THE victim TORT FROM the TORTious Actions OF Assistant District Attorney MEGHAN Fowler And Judge LEE V. COFFEE of The 30th Judicial District OF TENNESSEE DEVISON 7 OF SHELBY County AT MEMPHIS, THESE Actions includes Malicious Prosecution, Violation of DuE PROCESS, Abuse of Process, FRAud, AbusE ot Discretion, OFFICIAL MisconDucT, RulE 11 of TENNESSEE SupREME CourT Violation, Violation of ARt. 1 §17 of the TENNESSEE ConstitutioN, SELECTiVE Prosecution Violation.

1. Mr. Miles Allege's THAT MEGHAN FowleR ENGAGED MisconDucT BY DENING MR. Miles DUE PROCESS GRANTED TO Him BY THE UNITED STATES & TENNESSEE ConstitutioN. MR. Miles Allege's Ms. FowlER DonE This BY ALTERING OFFECHL DocumeNTS UNDER THE ColoR OF OFFECE VIOLATING T.C.A. 39-16-402 et seq. MR. Miles Allege's False PreteNSES oF Ms. Fowler FoR THE AcT OF FALSIFYING Records oF THE DEFENDANT WIttH THE INTENT To DECEVE, oR INJURE, oR to CONCEHL WRONG DoiNGS, VIOLATING 18 U.S.C.A. § 1506, 2071, 2073, And Model PenAl CODE § 224.4

This denied MR. Miles THE Opportunity to BE Heard At A MEANINGFUL TIME and iN A MEANINGFUL MANNER.

2. DEFENDANT Ms. Fowler Allegedly USED ABUSIVE Tactics OF VEXXING, HARRASSING, Driving uP MR. MiLES Court COST AND DELAYING THE PROCEEDINGS RATHER THAN CONCLUDE A MATTER BY AGREEMENT OR ADjudicATioN By Ms. Fowler TO HYPERBOLE CHARGES AGAINST THE ████████ PlAiNTiFF. MR. Miles Allege's THAT THE MALicious, ARBitRARY NEGATiVE Acts THAT MS Fowler HAS Displayed Twords MR. Miles, Includes BootsTRAPING By USING A SINGLE CHARE TWICE OR MORE TO Support AN ADDFTioNAL CHARGE TO OVERCHARGE THE DEFENDANT, By AnteDATING CHARGES TO CompEL THE STATES ABUSE OF DISCRETION By SEtting DATES FoR TRIALS THAT NEVER COMMENCE OR CONTINUE, To BE REPlACED WiTH ANOTHER TRIAL DATE OF A ENTIERIY DiFFRENT CHARGE WITOUT COMPLETING THE PRioR TRIAL LEADING TO EXTRODINARY DELAYS OF MR. MiLES DUE PRocess.

## FACTS & LAW

1. Mr. Miles has been set for trial twice since his incarceration for two different charges one on the date of 7-29-2019 for the case of C1708584 and 10-7-2019 for the case of C1709060, neither trial has taken place nor have they been set for another trial date. Now defendant is set for another trial for the date of 04-20-2020 for the case of C1708867.

2. Mr. Miles has been incarcerated since the date of 3-31-2017.

3. The charges and cases (1) 17007189 (Domestic Assault) from the date of 3-31-2017, (2) 17011574 (Domestic Assault) from the date of 3-31-2017, (3) 17011037 (Domestic Assault, Agg Kidnapping) from the date of 5-19-17, (4) 17007189 (Domestic Ass) from the date of 5-24-2017, all are from a one singel Incident Involving the same one alleged victim from the date of 3-31-2017 Evidence # 170 3016328 for them all.

4. That only one charge was held to state on the date of 5-19-2017 in Mr. Miles preliminary hearing and that is the charge of 17007189 (Domestic violence) 3-31-17. And the H.T.S # is H1702784,

4

But there ARE IN FACT TWO H.T.S #'s FROM THE DEFENDANTS Preliminary HEARING OF 5-19-2017 WHICH ARE H1702734 AND H1702735

5. THERE ARE NUMORUS DOCUMENTS IN DEFENDANT's DESCOVERY THAT SHOWS THE PRACTICE OF "ANTEDATING" CHARGES. FOR INSTANCE

(1) THE CHARGE OF 3-31-2017 HAS BEEN REFERENCED AS;

(a) CASE #: CC18-2058, Court #: 17-05386 CHARGE DATE: 3-29-2017

(b) CASE #: 17011574 CHARGE DATE: 3-31-2017

(C) CASE #: 17011037 CHARGE DATE: 5-19-2017

(d) CASE #: 17007189 CHARGE DATE 5-24-2017

(e) CASE # 17007189 CHARE DATE 3-31-2017

(2) The CHARGE OF 3-17-2019 HAS BEEN REFERENCED AS;

(a) CASE #: C1708867 CHARGE DATE 3-14-2017

6. INDICTMENT(S) NO: 17-05355 HAS Four diffrent counts

(I) CRiMiNAL ATTEMPT: MURDER SECOND DEGREE

(II) AGGRAVATED ASSAULT

(III) AGGRAVATED ASSAULT

(IV) DOMESTIC ASSAULT

THESE COUNTS/inciients All ARISE FROM one incident and ONE ALLEGED VICTIM. IN THIS THE PRACTICE OF "Duplicity" IS PRACTICED, Also "Multiplicity"

5

(A) Indictment No: 17-05542 Has two counts
  (I) AGGRAVATED ASSAULT
  (II) DOMESTIC ASSAULT
  THESES counts ARise FRom THE same TRANSACTION
  AND or Incident AND FOR THE SAME AlleGED
  Victim. In THis "Duplicity" is PRACTiCED

(B) Incidents Arising From The same TRANSACTIONS
  or criminal Episode, Conduct, And Alleged Vitim(s)
  THAT WERE AWARE To The Prosecutor (Ms. Fowler)
  At THE TIME OF INDICTMENT(s) HAS Been
  set For separate Trials For EACH OFFENCE,
  THIS IS THE PRACTICE OF "SAVING BACK".
  THERE ARE RULES to prohibit the Prosecuting
  Authority From subjecting The DeFendANt to
  SEPARATE TRIALS For MultIPLE Offenses.
  DEFENDANT WOUID SHOW THAT THIS WAS
  Deliberately done not Presenting charges
  to the grand Jury. THE DEFENDANT would
  SHOW THAT His TRIALS WAS postponed so
  THAT subsequent indictments could be
  RETURNED by the GRAND Jury to Delay.
  Defendants Freedom And Due process. IF Not
  The Additional charges would HAVE Been
  BARRED From Future Prosecution Following disposition
  Of the initial charges. TENN R. CRIM, P. (8)

8. THE UNITED STATES CONSTITUTION 5th
-AMENDMENT PROVIDES (NO PERSON shall be subject
FOR THE SAME OFFENCE TO BE TWICE PUT IN JEOPARDY
OF LIFE, limb, Nor shall be Compelled in ANY CRIMINAL
CASE to be a WITNESS Against Himself, NOR be
DEPRIVED OF LIFE, Liberty or Property, without
due PROCESS OF IAW). AS WELL AS The 4th
Amendment Provide (the Right OF The people to be
SECURE IN their PERSONS, Houses, PAPERS, AND
Effects, Against UNReasonable SEARCHES And
SEIZURES, shall NOT, but violated, And no
WARRANTS shall issuE, but UPON probable
CAUSE, supported by OATh or AFFIRMATION AND
PARticularly describing the place to be searched
And the PERSONS OR things to be seized)
The 14th Amendment provides INPART (
No State shall MAKE OR enForce ANY IAW which
shall Abridge the privileges OR immunities
OF Citizens of the United States NOR shall
ANY STATE DEPRIVE ANY PERSON OF LifE, Liberty,
OR Property without due PROCESS OF LAW ; NOR deny
to ANY PERSON within its Jurisdiction the
equal protection of the IAWS. TENNESSEE Constitution
Provides simular provisions Art. 1. § 9. Provides in All
CRIMINAL Prosecutions, The Accused hath the Right to be heard by
himself and His counsel.

7

MR. MILES Allege's THE PROBABLE CAUSE(S) to AFFIDAVETS and or Indictments DO NOT CONTAIN ANY NEXUS To CONCLUDE THAT THE DEFENDANT Committed ANY Crime.

---

B(C) MR. MILES Allege's Judge LEE V. CoFFEE HAS DELAYED MR. Miles Constitutional Judical Procedures, Causing A Unconstitutional PRE-TREAL Incarceration. MR. MELES PROVEDES HE HAS BEEN ASSIGNED To Judges CoFFEE Court Room Divison 7 OF MEMPHIS 30th Judical District. MR. Miles Allege's He HAS ORAlly Request Judge COFFEE IN OPEN Court To INVOKE His SPEEDY TREAL Rights. TENN. SUPREME Court Rules 11 (III)(c) provides that, NO CASE MAYbe Held UNDER Advisment IN EXCESS OF Sixty days, AND NO MOTIONS, OR oTHER Decision OF the TREAL Judge THAT DELAYS THE DATE of TREAL OR FINAL Disposition in The TRIAL Court, SHALL BE Held UNDER Advisment FOR more THEN THIRTY DAY ABSENT THE MOST COMPELLING OF REASONS,

Mr. Miles Allege's THAT He HAS BEEN SEt FoR TRiAL two tiMES on different OCCASioNS, oweE oN THE DATE oF July, 29th 2019, But TRiAL DiD NOT COMMENCE DUE to AbseNty of THE JudgE, ANd THAT A WEEK BEFoRE TRIAL THAT MR Miles WAS SEt FoR A RepoRt DAtE oN July 22, 2019 ond July 23, 2019 iN which Both dates Judge COFFEE WAS ABSENT AND THE COURT WAS closed NoT OPEN. Also plAiNtiFF WAS SEt FoR TRiAL OctobER 7, 2019 which The Judge WAS Absent Also. Mr Miles WAS SEt Oct. 8th and 9th 2019 which Judge COFFEE WAS AlSo ABSENT ANd court WAS Closed.

Mr. Miles Allege's THAT JudgE CoFFEE STATEd To HiM "Mr. Miles My docket Is packed with oveR 99 iNmAtes WHo HAS BEEN INCARCERATEd 3 yeARS oR MoRE who HAS NoT COMMEnced To TRiAL, Mr. Miles I do NoT HAVE Time To Here your CASE, IF It TAKES AnothER 6 MoNths Mr. Miles You will HAVE you DAy iN Court." By Judge COFFEE sTATiNG this to Mr. Miles HE is Admiting that HE is AwAre That his CASE load is imbalanced And His docket is over CRowded with INmAtes seeving A Ridiculous Amount of PRE TRiAL INCARCERATion

Tenn. Supreme Court Rules 11(iii)(d) provides that It shall be THE DUTY OF THE PRESIDING Judge to:

(1) Reduce docket delays and hold congestion to a minimum;

(2) Seek and maintain an Equitable distribution of the workload and an EQUAL sharing of the business of the district;

(3) Promote the orderly and Efficient Administration OF Justice within the district

(4) Take immediate and Affirmative Action to correct or alleviate any case load imbalance, or any condition Adversely affecting the Administration of Justice with the District. et seq.

MR. Miles Alleges that Judge Coffe Has BEEN Absent from court duties Resulting In His Court Room Division 7 to Be Closed Numerus of Times In violation of Artical 18/7 of the Tennessee Constitution That Provides "[a]ll courts Shall Be open, and Every Man For an Injury Shall Have Remedy By due Course of Law And Right And Justice Administered without Sale, denial or Delay."

And THAT Judge COFFEE Took NONE of The
Appropiate steps provided IN THE Rules
████████ Stated IN this ████████ To MAHE SURE
Justice is NOT DELAYED or DENied
OR THAT His court Room WAS OPEN ANd

AvAilAble FOR The TRANSACTion of business.
Mr. Miles Allege's THAT HE WAS prejudiced
By THESE Events And suffered Axiety, And
Depression From these Actions. Mr. Miles
Allege's Judge COFFEE Violated T.C.A. 17-2-118,
17-2-201 et seq., TeA. 16-2-509(e), 16-3-502(3)(A)
And T.C.A. 17-2-110, ARticAl 1 § 17 of the

The TENNESSEE Constitution, And T.C.A. § 20-9-506,
Rule 11(VII) et seq of THE TENNESSEE Supreme
Court Rules

1. Mr. Miles Allege's THAT THESE ACTIONS FROM A.D.A. MEGHAN Fowler AND Judge Lee V. COFFEE CAUSED, Mr. Miles Intentional Infliction of Emotional Distress (IIED) SEE Rogers v. Louisville Land Co. 367 S.W.3d 196, 206 (TENN 2012)

2. Caused Mr. Miles Anxiety & STRESS By Mr. Miles Being Incarcerated while His GRANDMOTHER (CORA Miles) AND GRANDFATHER (Elijah Jones) PASSED AND Mr. Miles WAS Not Allowed to Attend the funeral and memorial SERVICE DUE to False charges and FRAUD And Absentees of Judge.

3. To Miss the birth of his daughER (who is now 2 years of age) And not Being Able to Support His 3 Children HE is ON Child support FOR AND Could Not MAKE payments DUE to oppressive PRE trial INCARCERATION.

4. Caused Mr. Miles UNCONStitutional PRE trial Incarceration FOR over 2 years.

5. CAUSED STRESS Between The Family of Mr. Miles and CAUSED curtailment of Them and FRiends

On the date of 9-26-2019, AT 201 poplar AVE Shelby County Criminal Justic Center, ON the 1st Floor Cpod CELL 16 @ OR ARound 12:00 to 12:45 PM,

I was physically Assaulted By 4 officers of the Shelby County Criminal Justic Center.

This incident CAME About By Me Asking AN officer Burns (16196) WAS he THe C/O who HAD written A previous False write up on Me Causing me To Recive 45 deadlock DAys In Administration SEgregation. I Asked

Him WAS He THE C/O IN QUESTION BECAUSE I HAVE BEEN In CARCERATED HERE At THE SCCJC For Almost 3 years Now SINCE THE DATE OF 3-31-2017, And HAD NEVER spoke to, meet, or Recall Knowing A C/O By the NAME OF BURNS, AND THAT WAS THE NAME OF THE REPORTING OFFICER on THE Incident Report.

Around 12 to 12:45 P.M. 8 officers including Shift Sgt. CLEVES ENTERED 1st Floor C pod to Allegedly Conduct Feeding For Lunch, But Before THE OFFICERS ENTERED THE POD I could Hear Them Conversing About being Ready To "WHOOP some ASS." The OFFICERS Entered The Pod, C/O BURNS (16196) WAS Behind the LUNCH CART which Held THE TRAYS, AND AS THEY Entered the pod THEY were yelling "GET up Mother Fuckers Lunch TIME, TIME To Feed THE ANIMALS".

My CELLMATE AT THE TIME (Deangelo WARE - MITCHELL)
INFORMED ME THAT THE OFFICER BEHIND THE CART
WAS C/O BURNS. At that TIME I RETRIVED The
incident Report to Ask Him About it and Also
Retrived THE OLD STYROFOAM TRAYS FROM BREAKFAST
To disgaurd them As is Regular Proceedure.
I Returned TO THE DOOR where my Cell MATE WAS
Also Standing To SEE C/O BURNS (16196) STANDING
IN Front OF My CELL witH 2 TRAYS IN HIS HAND
ON of which WAS Marked "7-6-16" DuE to My
CELLMATE Reciving A special Diet TRAY. I HEARD
C/O BURNS INform MY CELLY to GET BACK, But the
door WAS SHUT SO WE DiDNt UNDERSTAND WHAT
HE WAS TALKING About. I then Ask Him About the
incident Report AND WAS It His NAME ON it.
At this Time the door Rolled AJAR (which is
AgAiNSt the SHELBY county JAil. STANDARD OPPERATING
ProcedurE : 328.10 = Feeding Proceedures Also 327.08(A)(1))
Which STATES "INMATES wil be SERVED TRAYS through
the Security drAWER flap ONLY."
I set the OLD BREAKFAST TRAYS to the side AND TRIED
To Present C/O BURNS (16196) with The Incident Report
HE BECAME VERY IRATE and confrontationaI, And Angry
STATING "Nigga I DonT Know you Mother Fuckers I DiDN't
WRITE SHit"
2

I THEN TRIED TO SHOW HIM THE NAME ON The PAPER And ASK Him why was He so Upset. He then Approched me IN A VERY AGGRESIVE MANNER AND Put His FACE To MINE AND STATED "I TOLD Your BitcH ASS I DIDN'4 Right shit And HEAD BUttED ME in THE FACE. As I covered MY FACE HE THEN PushEd ME BAck Into The CELL WHERE I Fell on The Bottom Bunk And preceded To Punch me in THE FACE AND Body. AT THiS TiME Other OFFicers Rushed The CEll while He was on Top oF ME BEATING ME. I Felt A C/O GRAB my LEGS And Pull Me From The BunK To THE FlooR ON MY STOMAcH. AN OFFicER RoGERS THEN STRATTLED MY BACK Putting Me In A FOREARM CHoke Hold, while Two OFFicERS I'm presuming White And FREE HAnd cuffed My HAnds togetHER From The BAck. AT this TIME C/O BURNS (16196) Put HAndcuFFS ARound His HAnd And commenced to punching Me in The FACE, Temple, And the BAck OF MY Head. (correction) I was Not CuFFEd yet Because I Remember TRYING To CRAWL out the Cell To get in the DAY Room on CAMERA. As I CRAWLED I gRAbed the dooR RAILLing and Pulled MYseLF To The openning of the door And AN OFFICER started To Stomp MY HANds (whieh PERmenantly disfigured MY Right HAND)

3

.I Then Let go of The Door RAELLING AND STARTED WAVING MY HANDS out of the Cell So To MAKE Sure The CAMERS would See me. I over Heard A C/o SAYING don't let Him get on the CAMERA THATS WHEN I WAS Pulled BACK IN By C/O's White and Free And Then Hand cuFFed FRom BeHind. C/O Rogers WAS still on my BACK choking me C/O BURNS (16196) WAS Stomping me In The BACK oF the Head, And AT This TIME C/O's white And Free Began to SPRead My legs And kick me in the penis And scrodum Numorus of times. C/O RoGERS Then Pulled My Head BACK while still in The Choke Hold AND AN OFFICER SPRAYIed Freeze Plus (MACE) up My NoSTRELES, In My EyES And down My troAt I Lost conveions At this TIME But WAS Awaken By AnoFHER Blow/stomp to The BACK oF My Head which Loosend 2 oF My Bottom FRont Teeth. (which Now HAS Fallen out) I could Hear one officeR SAY Thats Enough But I Also HeaRd C/O BURNS SAYING ImmA kill THis Mother FuckeR. They Then Stood me up At this Time I SAW the Shift Sgt. CLeves WATCHING And smiling At ME Then BURNS Punched Me In the FACE once MORE With HAND cuFFs ARound His HAND

4

THEY THEN Pulled ME From the cell C/O Rogers
. WAS escorting Me to the ELEVATOR to take ME
to Medical As we were Heading down the HALLWAY
to the ELEVATOR C/O BuRNS WAS chasing Me
TRying to Continue to Attach me. Rogers was Twisting
My ARm Trying to break it IN MEDICAL G.I.U Questioned me and I InFormed
Them That I was AFFRID OF C/O Rogers so THE CoulD
CHANG THE GAURD Assigned to me Then I Related
THE INcident to them. I was seen By the DR.
At the Snil who Advised I HAD Inscerations in my
LeFt Eye, And I would Need outside Medical Attention.
I SEt there For 45 minutes to An Hour without
Being Able to Flush The Chemicals From my Eyes
From the MACE. After Almost TWO HouRs I was TRANSported
The The Regonial ONE MEDICAL CENTER's TRAuma
UNit, WhERE I UNDERwent CAT SCANS And other
VERious obserUations For injurys. I was TReated
For the PAin and WAS ommited there for 10 to 12
Hours. I suffered contusions to The Back oF the
Head At least 3 of them, 2 Black Eyes And LAsceration
to the Left Eye Also my Bone under my Left Eye
Sockey PeRtudes And Poues leaving A Numng And
UN comfortible Feeling In My FACE, ABRAsion, Breuses, And
Swelling to Both side of my FACE and The Back of The Head
My Right PINKY's disFigured As well As my Right middle
FingeR. Two of my Front Bottom Teeth Has Fallen out

And THE SIGHT IN MY Left EyE is BLURRY
in which I have Also Been sent to the UT EyE
Center Awaiting EyE SERGERY.

I CONTACTED INTERNAL AFFAIRS which conducted
AN Investigaton of The MATTER, written grievances
And Also written the D.O.J. Civo1 Department.
I was written up on this incident where the
Jail Displinary Board Found me guilty of
Assaulting staFF where the D-Board oFFicer
MS. SONES stated on the Results of THE
Incident "SHE Reviewed the SURVAILANCE And
I was in the wrong" The SAME WOMAN who
Found me guilty of the False write up By AN UNKNOWN
C/O Burns I Have never met. While conducting the
Hearing Ms. Jones was Rolling her Eyes smacking
her lips Constantly trying to COHERS me into
AN Argument with Her say I dont Have Rights to
Ask questions Just TAKE The punishment And move on.
I was sentenced to 60 More days In Admin Seg.
For this. I Then Appealed And wrote various Agencys
And OFFicers, And the verdict was over turned the
Appeal Board STATing "The NARRitive of The D-Boards
Decission DOES Not MATCH the survailence of the
CAmeRAS. So That would mean C/O Jones Lied And
FAlsofied the documents which is perjury intentonally
to CAUSE HARM to Me
6

MR. Miles Allegi's THE Actions of
C/O Burns, CO FREE, CO Rogers, C/O white,

1. Caused Him (IIED) And pain & suffering
By Body pains, HeadACHS Frequently, Dis figured
Right HAND, Partial Loss of sight IN LEFT EYE,
TWO Bottom Front TEETH To come out. Loss of
weight due to BEing scared to EAT Because
The SAME OFFICERS BRing Him His TRAYS.

2. MR. Miles Need dental work Due TO THis
incident, Surgery on His Left EyE,
Sgt. CLUMENS
3. Mental STRESS Due TO BEING Locked in The
Cell 23 hours And 45 minutes A day ;
And Not Getting the Allotted Recreation time
At All For 45 days. From 9-24-2019 to 11-7-2019

CO JONES

UN Justified Hole time By Falsely Agreeing
With UN TRUE STATEMENTS And PERjury.

Mr. Miles SEEKS MONETARY Judgement For compensatory and special damages from All The Defendants and in form of holding each of the Defendants Jointly and severally Liable for All of the damages Awarded in This Civil Action, For the Tort of Civil Conspiracy With the Amount of Such damages ~~to be~~ to be determined at the trial of this Action but NOT LESS THAN $300,000.00, And punitive damages of $500,000.00

As an Actual And Proximate Result of the Defendants Having committed the legally-Actionable Tort of civil conspiracy (to commit and in committing the underlying torts set forth herein Above) Against the Plaintiff, Plaintiff suffered Emotional And bodily PHYSICAL-PERSONAL Injuries, Harms And damages.

WHEREFORE And For All of which, Plaintiff claims And SEEKS Relief in the Form of A Monetary Judgment For compensatory damages From All The Defendants For the Tort of Intentional Infliction of Emotional Distress with the Amount Of such damages to be determined At the TRIAL Of this Action but Not Less than 300,000.00 And Punitive damages of $500,000.00

DEANGELO MOORE MITCHELL - Don't Know Booking #

JNUONTA CARPENTER (1610 7001)

Joshua Holloway (1911 3547)

My WITNESSE'S

All At Shelby County Criminal Justice Center